IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYLER LEROY HILBERT,<br><br>Defendant. | Case No. 26-00034-01-CR-W-BCW |

## MOTION FOR DETERMNATION OF COMPETENCY

The United States of America, by R. Matthew Price, United States Attorney, and the undersigned Assistant United States Attorney, both for the Western District of Missouri, moves this Court pursuant to 18 U.S.C. § 4241 for a judicial determination of the defendant's ability to stand trial. The government moves this Court to order a psychiatric or psychological examination of the defendant and that a report from such examination be filed with the Court. This psychiatric or psychological report shall advise the Court as to the defendant's mental ability to understand the proceedings against him, and to properly assist counsel in his own defense. Further, the government moves this Court to order that the defendant be committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period, but not to exceed thirty days, for examination pursuant to 18. U.SC. § 4247(b).

## SUPPORTING SUGGESTIONS

1.  On January 27, 2026, a five-count indictment was returned in the Western District of Missouri charging the defendant with Count One Cyberstalking a Minor in violation of 18 U.S.C. §§ 2261(A)(2)(B) and 2261(B)(a), Count Two Cyberstalking in violation of 18 U.S.C. §§ 2261(A)(2)(B) and 2261(b)(5), Count Three Interstate Threats in violation of 18 U.S.C. §

875(c), Count Four Interstate Threats Involving Explosives in violation of 18 U.S.C. § 844(e), and Count Five False Information and Hoaxes in violation of 18 U.S.C. §§ 1038(a)(1)(A) and (a)(1)(A).

2. During the investigation law enforcement officials learned that the defendant was under guardianship and that his co-guardians are his parents. A review of Missouri Courts on-line records confirms that on November 7, 2023, in the Circuit Court of Henry County, Missouri, case number 23HE-PR00120, the court entered a judgment and order appointing the defendant co-guardians. At the time of the adjudication the court determined that the defendant was incapacitated and disabled by reason of Autism, ADHD (Attention Deficit and Hyperactivity Disorder), Obsessive Compulsive Disorder/ODD (Oppositional Defiance Disorder). (*See* Henry County, Missouri Circuit Court Probate Division case number 23HE-PR00120 https://www.courts.mo.gov/casenet/cases/newHeader.do?inputVO.caseNumber=23HE-PR00120&inputVO.courtId=SMPDB0005_CT27, Petition filed October 10, 2023, last visited January 28, 2026.)

3. Based on the defendant's prior state adjudication, a psychiatric or psychological examination is necessary to determine the defendant's mental ability to understand the proceedings against him, and to properly assist counsel in his own defense.

4. On January 28, 2026, the Government filed its motion to detain Mr. Hilbert pursuant to 18 U.S.C. § 3142(f), setting out arguments in support of pretrial dentition. The Government asserts that the defendant is a danger to the community and that there is concern the defendant will obstruct or attempt to obstruct justice.

5. Before a court orders a defendant detained for a competency hearing, it should hold a hearing and make findings of fact concerning the need to detain the defendant for the competency

examination. *United States* v. *Neal*, 679 F.3d 737, 741-42 (8th Cir. 2008). Based on the legal determination in *Neal*, the government believes that hearing should be held to determine whether pretrial commitment is appropriate in this instance.

WHEREFORE, the Government moves this Court pursuant to 18 U.S.C. § 4241 for a judicial determination of the defendant's mental competency. The government requests this Court to order a mental examination of the defendant by at least one qualified psychiatrist or psychologist who shall prepare and submit a written report to this Court concerning the defendant's mental ability to understand the proceedings presently pending against him and to properly assist in his defense. The government further requests that the Court order the defendant be committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period, but not to exceed thirty days, for examination pursuant to 18. U.SC. § 4247(b).

                                      Respectfully submitted,

                                      R. Matthew Price
                                      United States Attorney

By    */s/Teresa A. Moore*

                                      Teresa A. Moore
                                      Assistant United States Attorney
                                      Special Victims Unit
                                      Charles Evans Whittaker Courthouse
                                      400 East Ninth Street, Suite 5510
                                      Kansas City, Missouri 64106
                                      Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on January 28, 2026, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing will be hand-delivered to the defendant at his first appearance before a judicial officer.

/s/Teresa A. Moore
Teresa A. Moore
Assistant United States Attorney