**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-CR-00034-BCW-1 |
| | ) | |
| TYLER LEROY HILBERT, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is Magistrate Judge Jill A. Morris's Report and Recommendation. (Doc. #24) concerning Defendant's competency to stand trial.

On February 12, 2026, the Court ordered Defendant be committed to the custody of the Attorney General or to the Attorney General's designated representative to undergo a psychological examination pursuant to 18 U.S.C. § 4241(d). (Doc. #16). Defendant was examined by Heather H. Ross, Ph.D., who prepared a report dated May 22, 2026, opining that Defendant is competent to proceed. (Doc. #19).

On June 17, 2026, Judge Morris held a competency hearing (Doc. #21) and filed the instant Report and Recommendation. (Doc. #23). The deadline to file objections has passed and Defendant has not filed any objections. The Court, after independent review of the record and the applicable law, adopts the Magistrate's Report and Recommendation. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order (Doc. #24). It is further

ORDERED the Court has found, pursuant to 18 U.S.C. § 4241, for the reasons stated in the Report and Recommendation, Defendant Tyler Hilbert is competent to proceed.

IT IS SO ORDERED.

Dated: <u>July 21, 2026</u>           /s/ Brian C. Wimes
                                 BRIAN C. WIMES, CHIEF JUDGE
                                 UNITED STATES DISTRICT COURT